**Order entered July 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00122-CV

**ADDISON URBAN DEVELOPMENT PARTNERS, LLC, Appellant**

**V.**

**ALAN RITCHEY MATERIALS COMPANY, LC, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-03902-C**

## ORDER

We **GRANT** appellee's July 15, 2013 unopposed motion for leave to file a sur-reply brief. We **ORDER** the sur-reply brief attached to appellee's motion filed as of the date of this order.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE